IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

Case No. 3:25 CV 1000



MICHAEL C. HILD and LAURA D. HILD,
2302 East Marshall Street
Richmond, Virginia 23223

Plaintiffs, pro se

v.

RUSSELL WALKER
16612 226th Avenue NE
Woodinville, Washington 98077

and

WILLIAM F. PANAK
209 Old Haw Creek Road
Asheville, North Carolina 28805

Defendants.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiffs Michael C. Hild and Laura D. Hild, pro se, complain against Defendants Russell Walker and William F. Panak as follows:

### JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a). Complete diversity exists between Plaintiffs (citizens of Virginia) and Defendants (Walker is a citizen of Washington; Panak is a citizen of North Carolina). The amount in controversy exceeds

1

$75,000 exclusive of interest and costs.

2. This Court has personal jurisdiction over both Defendants under Virginia's long-arm statute, Va. Code § 8.01-328.1(A)(3) and (4), and the Due Process Clause of the Fourteenth Amendment. Defendants committed intentional torts that were expressly aimed at Virginia residents, with the knowledge and intent that the resulting harm would be suffered in Virginia (Calder v. Jones, 465 U.S. 783 (1984)).

3. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District, including the transmission of harassing emails to a Virginia employer and the resulting injuries in Richmond, Virginia.

**PARTIES**

4. Plaintiffs Michael C. Hild and Laura D. Hild are husband and wife and reside at 2302 East Marshall Street, Richmond, Virginia 23223.

5. Defendant Russell Walker is an individual residing at 16612 226th Avenue NE, Woodinville, Washington 98077.

6. Defendant William F. Panak is an individual residing at 209 Old Haw Creek Road, Asheville, North Carolina 28805.

**FACTUAL ALLEGATIONS**

7. Michael Hild founded Live Well Financial, Inc. ("Live Well") in 2005. Both Defendants were early minority common shareholders (each owning approximately one share or less than 1%).

8. Beginning in approximately 2017–2018, both Defendants developed extreme animosity toward Michael Hild when Live Well was unable to buy back the common shareholders shares or create a liquidity event at the valuations they demanded (tens of millions of dollars) at the same time preferred shareholders were being bought out — demands that were impossible as the company was secretly being targeted and destroyed by illegal government action.

9. Beginning no later than April 21, 2020, and continuing through December 2022, Defendant Walker, acting alone and in combination with Defendant Panak, waged a deliberate, malicious campaign of harassment, stalking, and defamation designed to destroy Laura Hild's career and reputation, and to injure Michael Hild's reputation and economic prospects, in retaliation for the Defendants' financial losses after the government torpedoed Live Well and their shares became worthless.

10. Walker sent dozens of anonymous and pseudonymous emails (using accounts including russwalker@mindspring.com, delosvinos@yahoo.com, lavidaloca000@yahoo.com under the name "Ted Perez," and others) directly to Laura Hild's work email at HKS Architects in Richmond, to her co-workers, upper management (including the CEO), and to major HKS clients. The emails contained false, defamatory, and harassing accusations tied to Michael Hild's then-pending criminal case, as well as personal details about Laura Hild's clothing, vehicle, and daily activities that evidenced stalking.

11. Defendant Panak aided, encouraged, and participated in the campaign by republishing the same false accusations on social media and in Richmond-area media, and by coordinating with Walker (the two have been close allies since the Capital One/Live Well era and share identical financial motives as bankruptcy estate beneficiaries).

12. The campaign was successful. Major clients immediately demanded Laura Hild's removal from their projects. HKS promoted Laura Hild to Principal in January 2019 in recognition of her outstanding performance, only to sideline her less than thirty days after Michael Hild's August 29, 2019 indictment on the obviously pretextual ground that certain team members were "not growing in their roles" — an excuse that was quietly abandoned when HKS reinstated her to full leadership in early 2020. This sequence of events confirms that the subsequent client removals and ultimate termination in 2023 were caused solely by Defendants' sustained harassment campaign. For example, Leslie Hanson, head of HKS's Richmond office, removed Laura Hild from project interviews, including the high-profile Cone Health interview in Greensboro, North Carolina in August 2021, because Ms. Hanson expressly stated she was afraid the client would Google Laura Hild and HKS would lose the project. Laura Hild was the firm's designated presenter for interior design and would normally have led the interiors portion of the interview, but was disinvited at the last minute despite her team's designs and résumé being used in the submission. HKS won the project anyway, but Laura Hild received no credit or participation. In late 2022, Mike Drye (then head of the Richmond office) told Laura Hild in her year-end review that she was doing a phenomenal job. Her executive coach, Blanca Barney, was completely caught off guard by the termination and had no

4

idea it was coming. Ana Pinto-Alexander, head of all interiors for HKS, told Laura Hild the termination decision was not hers but came from the Richmond office. HKS sidelined her, placed her under an executive coach, and ultimately terminated her employment on February 23, 2023 — less than ten weeks after Walker's final barrage of emails in December 2022.

13. As a direct and proximate result of Defendants' actions, Laura Hild's professional reputation has been irreparably and permanently destroyed. Not a single former colleague, client, vendor, furniture representative, paint representative, lighting representative, or industry contact of any kind — many of whom routinely sought her out for dinners/lunches, projects, and professional favors for over fifteen years — has contacted her since her termination on February 23, 2023. Plaintiffs allege on information and belief that HKS imposed a formal or informal directive prohibiting contact, and the broader architecture and healthcare design community now uniformly treats her as radioactive and untouchable. She is now permanently unemployable in architecture, interior design, healthcare design, or any comparable professional field. A routine Google search of her name returns only the false and defamatory information spread or amplified by Defendants, ensuring that any employment application would be futile and immediately rejected. Given the totality of this reputational poisoning, the complete loss of her professional network, and the severe emotional trauma inflicted while battling skin cancer on her face (treated with Mohs surgery) and cervical pre-cancer (treated by surgery), Laura Hild has reasonably been unable to subject herself to the certainty of further humiliation and rejection. She remains uninsured, has incurred significant

out-of-pocket medical expenses for surgeries, follow-up care, and ongoing monitoring, with the constant fear and financial burden of facing any future health issues without employer-provided coverage, and her lifetime earning capacity as one of the nation's preeminent healthcare interior designers has been completely obliterated.

14. Michael Hild has suffered severe reputational harm, loss of consortium, and substantial economic damage from the same campaign.

15. When confronted with a cease-and-desist letter in late 2022, the harassing emails stopped immediately — conclusive circumstantial evidence that Walker was the sender.

16. IP traces, pseudonym analysis (delosvinos = Spanish for "of the wines," lavidaloca000 = another Spanish-themed alias, both directly tied to Walker's known wine industry consulting business and Spanish fluency), the use of his real name in the first email, and the documented financial grudge that began in 2017–2018 when Defendants' demands for tens of millions in share buyouts or liquidity could not be met amid secret government actions that ultimately destroyed the company and their investment, provide overwhelming proof of Walker's identity.

## COUNT I – STATUTORY BUSINESS CONSPIRACY
(Va. Code §§ 18.2-499 & 18.2-500) (Against Both Defendants)

17. Plaintiffs incorporate paragraphs 1–16.

18. Defendants Walker and Panak combined, associated, agreed, or acted in concert together for the express purpose of willfully and maliciously injuring Plaintiffs in their reputation,

profession, trade, and business.

19. Defendants accomplished this through unlawful and improper means, including but not limited to harassment, stalking, anonymous threats, defamation, and misuse of information from judicial filings in extrajudicial contexts.

20. Defendants' actions proximately caused Plaintiffs' damages in excess of $5,000,000, including lost past and future earnings, medical expenses, and severe emotional distress.

21. Plaintiffs are entitled to treble damages, punitive damages, and attorneys' fees (or pro se litigation expenses) under Va. Code § 18.2-500.

## COUNT II – COMMON LAW CONSPIRACY

(Against Both Defendants)

22. Plaintiffs incorporate paragraphs 1–21.

23. Defendants agreed to accomplish an unlawful purpose (injury to Plaintiffs' reputation and profession) by unlawful means.

24. Defendants committed multiple overt acts in furtherance of the conspiracy, causing damages as described above.

## COUNT III – TORTIOUS INTERFERENCE WITH CONTRACT / BUSINESS EXPECTANCY

(Against Both Defendants)

25. Plaintiffs incorporate paragraphs 1–24.

26. Laura Hild had a valid business expectancy and/or at-will employment relationship with HKS Architects and its clients.

27. Defendants knew of that relationship/expectancy.

28. Defendants intentionally interfered using improper methods (harassment, stalking, false statements, anonymous campaigns).

29. The interference proximately caused the termination of the relationship and rendered Laura Hild permanently unemployable, causing damages exceeding $5,000,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray:

A. Compensatory damages in excess of $5,000,000;

B. Treble damages under Va. Code § 18.2-500;

C. Punitive damages in the maximum amount permitted by law;

D. Costs, expenses, and pro se litigation expenses;

E. Pre- and post-judgment interest; and

F. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.

Dated: December 8, 2025

Respectfully submitted,

_Michael C Hild_

Michael C. Hild, pro se
2302 East Marshall Street
Richmond, VA 23223
(804) 307-7837
michaelchristopherhild@gmail.com

_[signature]_

Laura D. Hild, pro se
2302 East Marshall Street
Richmond, VA 23223
luludyer@yahoo.com