UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____DIVISION

Michael C. Hill and Laura D. Hild
_____
Plaintiff(s),

v.

Civil Action Number: 3:25 CV 1000

Russell Walker and William F. Parak
_____
Defendant(s),

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of  the Complaint
_____
(Title of Document)

Michael C. Hill
_____
Name of *Pro Se* Party (Print or Type)

Michael C Hild
_____
Signature of *Pro Se* Party

Executed on: 12/8/2020 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____
_____
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)