AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| Michael C. Hild et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25cv1000 |
| | ) | |
| Russell Walker et al | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Russell Walker
    16612 226th Avenue NE
    Woodinville Washington 98077

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Michael C. Hild and Laura D. Hild
    2302 East Marshall Street
    Richmond  VA 23223

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     12/8/2025                                                       FILE COPY

                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| Michael C. Hild et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:25cv1000 |
| | ) | |
| Russell Walker et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
William F. Panak
209 Old Haw Creek Road
Ashville NC  28805


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael C. Hild and Laura D. Hild
2302 East Marshall Street
Richmond  VA 23223


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____12/8/2025_____

FILE COPY

*Signature of Clerk or Deputy Clerk*