


## United States District Court
## For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 3:25CV1000

Name: Michael C. Hild

Address: 2302 E Marshall Street
Richmond VA 23223

Telephone Number: 804.306.4314

Email Address: michaelchristopherhild@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: Michael C Hild      Date: 12/23/2025

---

Court Use Only:

The request is GRANTED _____     or DENIED _____

_____        _____
(Judge's Signature)                (Date)