


United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 3:25-CV-01000

Name: LAURA HILD

Address: 2302 East Marshall St.
Richmond, VA 23223

Telephone Number: 804.813.8384

Email Address: luludyer@yahoo.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: _____ Date: 12.23.2025

---

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                    (Date)