IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)



MICHAEL C. HILD and
LAURA D. HILD,
Plaintiffs,

v.  Civil Action No. 3:25-cv-01000

RUSSELL WALKER and
WILLIAM F. PANAK,
Defendants.

## PLAINTIFFS' MOTION FOR LIMITED TARGETED DISCOVERY PURSUANT TO RULE 56(d)

Plaintiffs Michael and Laura Hild respectfully move this Court for narrowly-tailored discovery essential to opposing Defendant William Panak's Motion for Summary Judgment.

Rule 56(d) authorizes relief where "facts essential to justify opposition are unavailable." The Fourth Circuit has held that Rule 56(d) relief is "broadly favored and should be liberally granted." McCray v. Md. Dep't of Transp., 741 F.3d 480, 483-84 (4th Cir. 2014).

Defendant's Motion for Summary Judgment relies almost entirely on Defendant Panak's self-serving declaration, which contains conclusory assertions, statements lacking foundation, and improper legal and credibility assertions.

This case centers on:

- whether Defendant Panak authored, participated in, or contributed to the creation and publication of Reddit posts and Reddit comments concerning Plaintiffs;

- whether Defendant Panak coordinated with Russell Walker concerning Plaintiffs;

- whether Defendant Panak deleted, altered, or attempted to conceal relevant evidence; and

- Defendant Panak's knowledge, intent, and degree of participation.

These issues go directly to liability and publication and create material factual disputes that cannot be resolved on the basis of Defendant's declaration alone.

Plaintiffs submit that (1) the facts sought through discovery are essential to oppose summary judgment, (2) those facts are presently unavailable, (3) they are uniquely within Defendant's or relevant third parties' possession, custody, or control, and (4) the requested discovery is narrowly tailored, proportional, and directly tied to the issues raised in Defendant's motion. See McCray, 741 F.3d at 483–84.

Plaintiffs therefore respectfully request authorization for the following limited discovery:

1. A subpoena to Reddit, Inc. for the account "u/Wil_Dogg," because Defendant's declaration cannot substitute for objective technical evidence concerning both posts and comments, including:

- registration email(s)
- IP login history
- device identifiers
- metadata
- archive (including deleted content)
- deletion logs
- complete archive of posted content and comments (including edited and deleted comments)

2. Five Requests for Production to Defendant Panak limited to:

- communications with Russell Walker regarding Plaintiffs
- communications about Plaintiffs sent to third parties
- Reddit/social media records referencing Plaintiffs
- deletion/removal logs
- device/cloud backup records containing related data

3. A two-hour deposition of Defendant Panak limited solely to:

- Reddit account use, including authorship of posts and comments
- deletion of account
- communications with Walker
- participation concerning Plaintiffs

This request is proportional, precise, and indispensable. Denying it would allow Defendant to rely exclusively on his own affidavit while preventing Plaintiffs from obtaining the evidence

necessary to test and respond to it. This targeted discovery will either confirm or directly contradict Defendant's declaration and is precisely the type of discovery Rule 56(d) exists to permit.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion, authorize the above discovery, and defer ruling on summary judgment pending its completion.

DATED: December 25, 2025.

Respectfully submitted,

_____
Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, VA 23223
michaelchristopherhild@gmail.com
804.306.4314

_____
Laura D. Hild, pro se
2302 E. Marshall Street
Richmond, VA 23223
luludyer@yahoo.com
804.873.8384

# CERTIFICATE OF SERVICE

I hereby certify that on December 25, 2025, a true and correct copy of the foregoing was served by U.S. Mail upon counsel for Defendant William F. Panak at:

Thomas M. Wolf, Esq.
Dale E. Wolf, Esq.
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219

A courtesy copy was also sent via email to Twolf@ohaganmeyer.com and

Dwolf@ohaganmeyer.com.

I further certify that a copy was served by U.S. Mail upon Defendant Russell Walker at:

Russell Walker
16612 226th Avenue NE
Woodinville, Washington 98077

_____
Michael C. Hild, pro se

_____
Laura D. Hild, pro se