# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Richmond Division)

MICHAEL C. HILD and
LAURA D. HILD,
Plaintiffs,

v.  Civil Action No. 3:25-cv-01000

RUSSELL WALKER and
WILLIAM F. PANAK,
Defendants.

---

## ORDER GRANTING PLAINTIFFS' MOTION FOR LIMITED, TARGETED DISCOVERY

---

THIS MATTER comes before the Court on Plaintiffs' Motion for Limited, Targeted

Discovery, filed pursuant to Federal Rule of Civil Procedure 56(d), in connection with Defendant

William F. Panak's Motion for Summary Judgment.

Upon consideration of the Motion, the opposition and reply papers (if any), the record in

this case, and applicable law, the Court finds that:

(1) Discovery has not commenced in this matter and no Rule 26(f) conference has occurred;

(2) Plaintiffs have demonstrated that essential facts necessary to present their opposition to

summary judgment are presently unavailable, reside within the possession, custody, or control of

Defendant Panak and relevant third parties, and are necessary to test, challenge, and respond to

the assertions in Defendant Panak's declaration; and

(3) The targeted discovery requested is reasonable in scope, proportional, and directly relevant to issues raised in Defendant Panak's summary judgment motion.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs are permitted to conduct limited, targeted discovery narrowly tailored to the issues raised in Defendant Panak's Motion for Summary Judgment, including:

(a) Written discovery directed to Defendant Panak concerning communications, social media activity, and materials relating to Plaintiffs;

(b) A Rule 30(b)(1) deposition of Defendant Panak limited to topics relevant to the pending summary judgment motion;

(c) Subpoenas to Reddit and/or other relevant third parties for account records, metadata, and information associated with the "u/Wil_Dogg" account, including Reddit posts, Reddit comments, and any associated deleted or edited content.

It is FURTHER ORDERED that discovery pursuant to this Order shall be completed within _____ days of the date of this Order.

It is FURTHER ORDERED that the Court will DEFER ruling on Defendant Panak's Motion for Summary Judgment pending completion of the above discovery and supplemental briefing, if any.

IT IS SO ORDERED.

_____

Hon. David J. Novak

United States District Judge

Date: _____

Richmond, Virginia