IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL C. HILD, et al.,**
    Plaintiffs,

v.     Case No. 3:25-cv-1000

**RUSSELL WALKER, et al.,**
    Defendants.

## WALKER'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Comes now Defendant Russell Walker, and in moves to dismiss the Complaint of the plaintiffs Michael C. Hild and Laura D. Hild pursuant to Rule 12(b)(6), for failure to state a claim, for the reasons stated in the accompanying brief.

The Defendant further requests this Court to provide the *pro se* plaintiffs with any appropriate notice as may be required under *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) and *Milla v. Brown*, 109 F.4th 222, 225–27 (4th Cir. 2024).

RESPECTFULLY REQUESTED,
RUSSELL WALKER
By: /s/ Andrew T. Bodoh
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
THOMAS H. ROBERTS & ASSOCIATES, P.C.
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-991-4260
Fax: 804-783-2105
*Counsel for Russell Walker*

*CERTIFICATE*

I hereby certify that on December 30, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following party via email and mail to the plaintiffs pro se on as follows:

Michael C. Hild
2302 East Marshall Street
Richmond, VA 23223

(804) 307-7837
michaelchristopherhild@gmail.com
*Pro se plaintiff*

Laura D. Hild
2302 East Marshall Street
Richmond, VA 23223
luludyer@yahoo.com
*Pro se plaintiff*

Additionally, the following party, as a user of the CM/ECF, will receive a copy thereby.

Thomas M. Wolf (VSB No. 18234)
Dale E. Wolf II (VSB No. 101561)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7108
Facsimile: (804) 403-7110
Email: Twolf@ohaganmeyer.com
Email: Dwolf@ohaganmeyer.com
*Counsel for William F. Panak*

By: _/s/ Andrew T. Bodoh_
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
THOMAS H. ROBERTS & ASSOCIATES, P.C.
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-991-4260
Fax: 804-783-2105
*Counsel for Russell Walker*