UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

Michael C. Hild
Plaintiff(s),

v.

Russell Walker
Defendant(s),

Civil Action Number: 3:25-cv-01000

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of __Opposition__.
(Title of Document)

Michael C. Hild
Name of *Pro Se* Party (Print or Type)

Michael Hild
Signature of *Pro Se* Party

Executed on: 12/31/2025 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)