**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

**1:09-cv-02499-WMN** L'Occitane, Inc. v. Tran Source Logistics, Inc. et al
William M Nickerson, presiding
Date filed: 09/23/2009
Date terminated: 04/07/2010
Date of last filing: 04/27/2010

Walker
Exhibit U

# History

| Doc. No. | Dates | Description |
|---|---|---|
|  | *Filed:* 09/23/2009 *Entered:* 09/24/2009 | Jury Demand |
| 1 | *Filed & Entered:* 09/23/2009 | Complaint |
|  | *Filed & Entered:* 09/24/2009 | Deficiency Notice |
| 2 | *Filed & Entered:* 09/24/2009 | Summons Issued |
| 3 | *Filed & Entered:* 09/24/2009 | Local Rule 103.3 Disclosure Statement |
| 4 | *Filed & Entered:* 09/24/2009 *Terminated:* 09/24/2009 | Motion to Appear Pro Hac Vice |
| 5 | *Filed & Entered:* 09/24/2009 *Terminated:* 09/24/2009 | Motion to Appear Pro Hac Vice |
| 6 | *Filed & Entered:* 09/24/2009 | Order on Motion to Appear Pro Hac Vice |
| 7 | *Filed & Entered:* 09/24/2009 | Order on Motion to Appear Pro Hac Vice |
| 8 | *Filed & Entered:* 09/25/2009 *Terminated:* 12/03/2009 | Motion for Preliminary Injunction |
| 9 | *Filed & Entered:* 10/05/2009 | Summons Returned Executed |
| 10 | *Filed & Entered:* 10/05/2009 | Summons Returned Executed |
| 11 | *Filed & Entered:* 10/05/2009 *Terminated:* 10/06/2009 | Motion to Appear Pro Hac Vice |
| 12 | *Filed & Entered:* 10/06/2009 | Order on Motion to Appear Pro Hac Vice |
| 13 | *Filed & Entered:* 10/12/2009 *Terminated:* 04/07/2010 | Motion for Preliminary Injunction |
| 14 | *Filed & Entered:* 10/15/2009 *Terminated:* 10/15/2009 | Motion to Appear Pro Hac Vice |
| 15 | *Filed & Entered:* 10/15/2009 *Terminated:* 10/15/2009 | Motion to Appear Pro Hac Vice |
| 16 | *Filed & Entered:* 10/15/2009 *Terminated:* 12/03/2009 | Motion to Dismiss |
| 17 | *Filed & Entered:* 10/15/2009 | Order on Motion to Appear Pro Hac Vice |
| 18 | *Filed & Entered:* 10/15/2009 | Order on Motion to Appear Pro Hac Vice |
| 19 | *Filed & Entered:* 10/16/2009 *Terminated:* 11/02/2009 | Motion to Expedite |
| 20 | *Filed & Entered:* 10/20/2009 | Order |

| | | | |
|---|---|---|---|
| 21 | *Filed & Entered:* | 10/21/2009 | Response to Motion |
| 22 | *Filed & Entered:* | 10/23/2009 | Response in Opposition to Motion |
| 23 | *Filed & Entered:* | 10/26/2009 | Response in Opposition to Motion |
| 24 | *Filed & Entered:* | 10/26/2009 | Local Rule 103.3 Disclosure Statement |
| 25 | *Filed & Entered:* | 10/26/2009 | Memorandum |
| 26 | *Filed & Entered:* | 11/02/2009 | Memorandum Opinion |
| 27 | *Filed & Entered:* | 11/02/2009 | Order on Motion to Expedite |
| 28 | *Filed & Entered:* | 11/17/2009 | Order |
| 29 | *Filed & Entered:* | 11/19/2009 | Scheduling Order |
| 30 | *Filed & Entered:* *Terminated:* | 12/03/2009 01/06/2010 | Motion to Withdraw |
| 31 | *Filed:* *Entered:* | 12/03/2009 12/04/2009 | Memorandum Opinion |
| 32 | *Filed:* *Entered:* | 12/03/2009 12/04/2009 | Order on Motion to Dismiss |
| 33 | *Filed & Entered:* | 12/11/2009 | Answer to Complaint |
| 34 | *Filed & Entered:* | 12/11/2009 | Third Party Complaint |
| 35 | *Filed & Entered:* | 12/15/2009 | Correcting earlier submission |
| 36 | *Filed & Entered:* | 12/15/2009 | Summons Issued |
| 37 | *Filed & Entered:* *Terminated:* | 01/04/2010 03/02/2010 | Motion to Strike |
| 38 | *Filed & Entered:* *Terminated:* | 01/04/2010 03/02/2010 | Motion to Dismiss |
| 39 | *Filed & Entered:* | 01/06/2010 | Order on Motion to Withdraw |
| 40 | *Filed & Entered:* | 01/19/2010 | Summons Returned Executed |
| 41 | *Filed & Entered:* | 01/25/2010 | Response in Opposition to Motion |
| 42 | *Filed & Entered:* | 01/25/2010 | Response in Opposition to Motion |
| 43 | *Filed & Entered:* | 01/29/2010 | Notice of Appearance |
| 44 | *Filed & Entered:* *Terminated:* | 01/29/2010 02/01/2010 | Motion for Extension of Time |
| 45 | *Filed & Entered:* | 02/01/2010 | Order on Motion for Extension of Time |
| 46 | *Filed & Entered:* | 02/05/2010 | Reply to Response to Motion |
| 47 | *Filed & Entered:* | 02/09/2010 | Reply to Response to Motion |
| 48 | *Filed & Entered:* *Terminated:* | 02/18/2010 02/22/2010 | Motion to Appear Pro Hac Vice |
| 49 | *Filed & Entered:* *Terminated:* | 02/18/2010 02/22/2010 | Motion to Appear Pro Hac Vice |
| 50 | *Filed & Entered:* | 02/19/2010 | Local Rule 103.3 Disclosure Statement |
| 51 | *Filed & Entered:* *Terminated:* | 02/19/2010 03/02/2010 | Motion to Dismiss |
| 52 | *Filed & Entered:* | 02/22/2010 | Order on Motion to Appear Pro Hac Vice |
| 53 | *Filed & Entered:* | 02/22/2010 | Order on Motion to Appear Pro Hac Vice |
| 54 | *Filed & Entered:* | 02/23/2010 | Order Referring Case to Magistrate Judge |

| | | | |
|---|---|---|---|
| 55 | *Filed & Entered:* | 02/24/2010 | Order |
| 56 | *Filed & Entered:* | 03/02/2010 | Memorandum Opinion |
| 57 | *Filed & Entered:* | 03/02/2010 | Order on Motion to Strike |
| 58 | *Filed & Entered:* *Terminated:* | 03/04/2010 03/04/2010 | Motion for Miscellaneous Relief |
| 59 | *Filed & Entered:* | 03/04/2010 | Order on Motion for Miscellaneous Relief |
| 60 | *Filed & Entered:* | 03/16/2010 | Miscellaneous Correspondence |
| 61 | *Filed & Entered:* *Terminated:* | 03/16/2010 04/07/2010 | Motion for Extension of Time |
| | *Filed & Entered:* | 03/29/2010 | Settlement Conference |
| | *Filed & Entered:* | 03/29/2010 | Add and Terminate Judges |
| 62 | *Filed & Entered:* | 04/07/2010 | Settlement Order |
| 63 | *Filed & Entered:* | 04/27/2010 | Stipulation of Dismissal |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/02/2026 16:50:12 | | | |
| **PACER Login:** | andrewbodoh1 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:09-cv-02499-WMN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |