IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL C. HILD,

And

LAURA D. HILD

                                                                     Plaintiffs,

v.

                                                        Case No: 3:25-CV-001000

RUSSELL WALKER

And
WILLIAM F. PANAK

                                                            Defendants.

## NOTICE OF APPEARANCE

COMES NOW David L. Campbell, Esquire, of the law firm of DUANE, HAUCK, DAVIS & GRAVATT, P.C., and hereby files this Notice of Appearance as co-counsel on behalf of the Defendant, RUSSELL WALKER, in the above-styled matter.

                                      RUSSELL WALKER

                                      /S/ David L. Campbell, Esquire
                                      _____

David L. Campbell, Esquire
Virginia State Bar Number 75960
Counsel for Defendants
DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL, P.C.
100 W. Franklin Street, Suite 100
Richmond, Virginia 23220
(804) 644-7400 Telephone
(804) 649-8329 Facsimile
dcampbell@dhdgclaw.com

CERTIFICATE OF SERVICE

  I hereby certify that on this __6th__ day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to Plaintiffs and all counsel of record.  I further emailed the foregoing to michaelchristopherhild@gmail.com and luludyer@yahoo.com and mailed same to 2302 East Marshall Street, Richmond, Virginia 23223 pursuant to the information listed at the conclusion of Plaintiff's Complaint.

           /S/ David L. Campbell, Esquire
           _____