IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHAEL C. HILD, et al.,**
    **Plaintiffs,**

v.                                                                                    Case No. 3:25-cv-1000

**RUSSELL WALKER, et al.,**
    **Defendants**

### WALKER'S NOTICE OF COMPLETION OF BRIEFING
As to ECF Docs. 15 and 18

Comes now Defendant Russell Walker, by counsel, and pursuant to Local Civil Rule 7(E), notifies the Court that briefing has been completed as to Walker's Motion to Dismiss for failure to State a Claim (ECF Doc. 15) and Walker's Motion to Stay Discovery (ECF Doc. 18). Counsel for Mr. Walker has conferred with the Hilds. Mr. Walker and the Hilds do not request a hearing on the motions, and would allow the motions to be decided without a hearing. They will cooperate, however, in arranging a hearing if the Court in its discretion would prefer.

RESPECTFULLY REQUESTED,
RUSSELL WALKER
By:  /s/ Andrew T. Bodoh

Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
THOMAS H. ROBERTS & ASSOCIATES, P.C.
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-991-4260
Fax: 804-783-2105

David L. Campbell, Esquire
Virginia State Bar Number 75960
Counsel for Defendants
DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL, P.C.
100 W. Franklin Street, Suite 100
Richmond, Virginia 23220
(804) 644-7400 Telephone
(804) 649-8329 Facsimile

dcampbell@dhdgclaw.com
*Counsel for Russell Walker*

## CERTIFICATE

I hereby certify that on January 6, 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following party via email and mail to the plaintiffs pro se on as follows:

Michael C. Hild
2302 East Marshall Street
Richmond, VA 23223
(804) 307-7837
michaelchristopherhild@gmail.com
*Pro se plaintiff*

Additionally, the following parties, as a user of the CM/ECF, will receive a copy thereby.

Laura D. Hild
2302 East Marshall Street
Richmond, VA 23223
luludyer@yahoo.com
*Pro se plaintiff*

Thomas M. Wolf (VSB No. 18234)
Dale E. Wolf II (VSB No. 101561)
O'Hagan Meyer PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 403-7108
Facsimile: (804) 403-7110
Email: Twolf@ohaganmeyer.com
Email: Dwolf@ohaganmeyer.com
*Counsel for William F. Panak*

By:  /s/ Andrew T. Bodoh
Andrew T. Bodoh, Esq. (VSB 80143)
andrew.bodoh@robertslaw.org
THOMAS H. ROBERTS & ASSOCIATES, P.C.
105 South 1st Street
Richmond, Virginia 23219
Tel: 804-991-4260
Fax: 804-783-2105
*Counsel for Russell Walker*