IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MICHAEL C. HILD, *et al.*,
    Plaintiffs,

v.                                                                                          Civil No. 3:25cv1000 (DJN)

RUSSELL WALKER, *et al.*,
    Defendants.

## ORDER
### (Denying Motions)

This matter comes before the Court on the following motions:

1. Defendant William Panak's ("Defendant Panak") Motion for Summary Judgment (ECF No. 4);
2. Plaintiffs Michael and Laura Hild's ("Plaintiffs") Motion to Strike Portions of Defendant Panak's Declaration (ECF No. 11 ("Motion to Strike"));
3. Plaintiffs' Motion for Limited Targeted Discovery (ECF No. 14);
4. Defendant Russell Walker's ("Defendant Walker") Motion to Dismiss (ECF No. 15);
5. Defendant Walker's Motion to Stay Discovery (ECF No. 18); and
6. Plaintiffs' Motion for Leave to File Sur-Reply (ECF No. 33).

The Court has reviewed Plaintiffs' Motion to Strike (ECF No. 11), Plaintiffs' Motion for Limited Targeted Discovery (ECF No. 14), Defendant Walker's Motion to Dismiss (ECF No. 15), Defendant Walker's Motion to Stay Discovery (ECF No. 18) and Plaintiffs' Motion for Leave to File Sur-Reply (ECF No. 33). Having reviewed the parties' claims, the Court finds them to lack merit. Accordingly, the Court hereby DENIES Plaintiffs' Motion to Strike (ECF No. 11), Plaintiffs' Motion for Limited Targeted Discovery (ECF No. 14), Defendant Walker's Motion to Dismiss (ECF No. 15), Defendant Walker's Motion to Stay Discovery (ECF No. 18) and Plaintiffs' Motion for Leave to File Sur-Reply (ECF No. 33).

The Court also DENIES without prejudice Defendant Panak's Motion for Summary Judgment (ECF No. 4), because the parties have not yet had a reasonable period of time within which to conduct substantive discovery. *Mosher v. Washington Gas Light Co.*, 18 F. App'x 141, 146 (4th Cir. 2001) (parties are "entitled to a reasonable period of time within which to conduct such discovery before the district court rules as a matter of law on the merits of [the] case."). Defendant Panak may refile his Motion for Summary Judgment after the close of discovery in this case.

Let the Clerk file a copy of this Order electronically and notify all counsel of record and *pro se* Plaintiffs.

It is so ORDERED.

                                                   /s/
                                            David J. Novak
                                            United States District Judge

Alexandria, Virginia
Dated: January 9, 2026