**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

MICHAEL C. HILD and
LAURA D. HILD,
Plaintiffs,

v.                                    Civil Action No. 3:25-cv-01000

RUSSELL WALKER and
WILLIAM F. PANAK,
Defendants.

---

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### (Fed. R. Civ. P. 45)

---

**TO:**

Reddit, Inc., a Delaware corporation
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

## I. COMMAND

You are commanded to produce the documents, electronically stored information, and records described below at or before:

DATE: 30 days after service

PLACE: Within 30 days after valid service on Reddit's registered agent, production is to be made by secure electronic transmission (secure FTP, encrypted link, or encrypted media) delivered to:

**michaelchristopherhild@gmail.com and luludyer@yahoo.com**

## II. ACCOUNTS AND IDENTIFIERS

This subpoena concerns all Reddit accounts associated with, derived from, or linked to the following identifiers:

William F. Panak

- williampanak@gmail.com
  wil_dogg@yahoo.com

Russell Walker

- russellwalker1@gmail.com
- russwalker@mindspring.com
- lavidaloca000@yahoo.com
- delosvinos@yahoo.com
- russell@walkerbernardo.com

Including but not limited to the account:

- u/Wil_Dogg

## III. DOCUMENTS AND ESI TO BE PRODUCED

For each account associated with the above identifiers, produce the following:

### A. Account Identity & Control

1. Account creation date, usernames, display names
2. All linked email addresses and phone numbers
3. Account recovery and verification data
4. IP addresses used to create and access the account
5. Device identifiers, cookies, and session IDs

### B. Content

6. All posts, comments, replies, and submissions that were publicly visible at any time, including content that is currently hidden from public view due to changes in privacy

settings, visibility controls, moderation actions, account restrictions, or profile-level concealment, that:

• reference Michael C. Hild (including "Michael Hild," "Mike Hild," "Mikey" or similar variants);
• reference Laura Hild (including Hild's wife or Michael Hild's wife, or similar variants;
• reference Live Well Financial;
• reference HKS; or
• discuss, allege, imply, or are reasonably understood to concern Plaintiffs' professional standing, employment, business relationships, clients, projects, credibility, ethics, criminality, competence, or reputation.

This request includes content that remains accessible via direct links, search results, comment threads, or third-party indexing but is no longer visible on the account's public profile due to post-service changes in account or privacy settings.

## C. Moderation & Privacy Logs

7. Logs showing any changes to:

   ○ Privacy
   ○ Visibility
   ○ Restriction
   ○ Deletion
   ○ Account suspension

8. Dates, IPs, and devices associated with those changes

## D. Back-End Metadata

9. Full metadata for all content including:

   ○ Timestamps
   ○ Edit history
   ○ IP addresses
   ○ Device fingerprints

### E. Cross-Account Linkage

10. All records showing shared IPs, devices, cookies, or login infrastructure linking accounts tied to:

- Panak and Walker

- u/Wil_Dogg and any other accounts

### F. Preservation

11. All retained backups, snapshots, or archives of the above content

## IV. STORED COMMUNICATIONS ACT NOTICE

This subpoena seeks non-content records under 18 U.S.C. §2703(c)(2) and content produced with lawful user consent, which Plaintiffs provide as account subjects and authorized agents under power of attorney.

## V. FAILURE TO PRESERVE

Reddit is on notice that spoliation, deletion, or failure to preserve responsive data after receipt of this subpoena will subject Reddit to sanctions under Rule 45 and federal law.

## VI. SIGNATURE

Issued under Rule 45 of the Federal Rules of Civil Procedure.

DATED: January 12, 2026.


Respectfully submitted,


/s/Michael C. Hild
Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, VA 23223
michaelchristopherhild@gmail.com
804.306.4314

/s/Laura D. Hild
Laura D. Hild, pro se
2302 E. Marshall Street
Richmond, VA 23223
luludyer@yahoo.com
804.873.8384

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing was served by

electronic mail pursuant to counsel's prior use of and consent to electronic service upon counsel

for Defendant Russell Walker at:

| | |
|---|---|
| Andrew T. Bodoh, Esq. | David L. Campbell |
| Thomas H. Roberts & Associates, P.C. | DUANE, HAUCK, DAVIS, GRAVATT & |
| 105 S. 1st Street | CAMPBELL, P.C. |
| Richmond, VA 23219-3718 | 100 West Franklin Street |
| andrew.bodoh@robertslaw.org | Richmond, Virginia 23220 |
| | dcampbell@dhdgclaw.com |

by email upon counsel for Defendant William F. Panak at:

Thomas M. Wolf, Esq.
Dale E. Wolf, Esq.
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Twolf@ohaganmeyer.com
Dwolf@ohaganmeyer.com

NOTICE: A copy of this subpoena has also been transmitted electronically to Reddit Legal at

legal@reddit.com.

DATED: January 12, 2026.

Respectfully submitted,

/s/Michael C. Hild                                          /s/Laura D. Hild