**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

MICHAEL C. HILD and
LAURA D. HILD,
Plaintiffs,

v.  Civil Action No. 3:25-cv-01000

RUSSELL WALKER and
WILLIAM F. PANAK,
Defendants.

---

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
(Fed. R. Civ. P. 45)

---

TO:

CT CORPORATION SYSTEM

Registered Agent for

MEDSTAR-GEORGETOWN MEDICAL CENTER, INC.

1015 15th Street NW, Suite 1000

Washington, DC 20005

YOU ARE COMMANDED to produce within 30 days:

1. All communications received by MEDSTAR-GEORGETOWN MEDICAL CENTER, INC. ("MedStar Georgetown") that concern Laura Hild, whether sent directly or indirectly, from any email account not clearly identifiable as belonging to Laura Hild, including but not limited to communications sent from any of the following email

addresses or domains, or from any other unidentified, pseudonymous, or burner email account:

   a. delosvinos@yahoo.com
   b. lavidaloca000@yahoo.com
   c. russwalker@mindspring.com
   d. russellwalker1@gmail.com
   e. russell@walkerbernardo.com

2. This request includes communications in which the sender did not identify themselves by name.

3. All internal MedStar Georgetown communications (including emails, messages, or notes) discussing, referencing, forwarding, or responding to any communication described in Request No. 1.

4. All communications from MedStar Georgetown to HKS, Inc. that reference Laura Hild after receipt of any communication described in Request No. 1, including communications concerning her role, performance, or continued participation in client projects.

5. Complete metadata for all responsive communications, including sender and recipient email addresses, timestamps, IP information if available, and any routing or header data.

6. All records or policies reflecting retention, deletion, blocking, or purging of responsive electronically stored information.

Preservation Requirement: You must preserve all responsive documents and ESI upon service.

Production Method: Within 30 days after valid service, production is to be made by secure electronic transmission (secure FTP, encrypted link, or encrypted media) delivered to:

**michaelchristopherhild@gmail.com** and **luludyer@yahoo.com**

DATED: January 12, 2026.

Respectfully submitted,

/s/Michael C. Hild
Michael C. Hild, pro se
2302 E. Marshall Street
Richmond, VA 23223
michaelchristopherhild@gmail.com
804.306.4314

/s/Laura D. Hild
Laura D. Hild, pro se
2302 E. Marshall Street
Richmond, VA 23223
luludyer@yahoo.com
804.873.8384

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing was served by electronic mail pursuant to counsel's prior use of and consent to electronic service upon counsel for Defendant Russell Walker at:

| | |
|---|---|
| Andrew T. Bodoh, Esq. | David L. Campbell |
| Thomas H. Roberts & Associates, P.C. | DUANE, HAUCK, DAVIS, GRAVATT & |
| 105 S. 1st Street | CAMPBELL, P.C. |
| Richmond, VA 23219-3718 | 100 West Franklin Street |
| andrew.bodoh@robertslaw.org | Richmond, Virginia 23220 |
| | dcampbell@dhdgclaw.com |

by email upon counsel for Defendant William F. Panak at:

Thomas M. Wolf, Esq.
Dale E. Wolf, Esq.
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Twolf@ohaganmeyer.com
Dwolf@ohaganmeyer.com

DATED: January 12, 2026.

Respectfully submitted,

/s/Michael C. Hild                    /s/Laura D. Hild