**EXHIBIT E**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Richmond Division)

MICHAEL C. HILD and
LAURA D. HILD,
Plaintiffs,

v.  Civil Action No. 3:25-cv-01000

RUSSELL WALKER and
WILLIAM F. PANAK,
Defendants.

## ORDER

Upon consideration of Plaintiffs' Motion for Issuance of Subpoenas Pursuant to

Local Civil Rule 45(A), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Clerk of Court is DIRECTED to issue the subpoenas attached

to Plaintiffs' Motion as Exhibits A through D pursuant to Fed. R. Civ. P. 45(a)(3).

SO ORDERED.

Date: _____

_____
United States District Judge